Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 21−16743−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claudia Rogers
   8 Rolling Hills Drive East
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−8481

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 30, 2021.

Dated: November 30, 2021
JAN: rms

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Claudia Rogers  
    Debtor

Case No. 21-16743-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 30, 2021      Form ID: plncf13      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudia Rogers, 8 Rolling Hills Drive East, Westampton, NJ 08060-5721 |
| 519292660 | | ANDREWS FEDERAL CREDIT, 5711 Allentown Rd Ste 101, Suitland, MD 20746-4547 |
| 519292659 | | ANDREWS FEDERAL CREDIT, 5711 Allentown Rd Ste 400, Suitland, MD 20746-4547 |
| 519292661 | | AT & T MOBILITY, 234 Airport Plaza Blvd Ste 4, Farmingdale, NY 11735-3938 |
| 519292662 | | ATT Mobility, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519349556 | + | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 519292663 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519305436 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519292666 | | Carrington Mortage Services, PO Box 5001, Westfield, IN 46074-5001 |
| 519292667 | | Citibank NA, 2365 Northside Dr # 300, San Diego, CA 92108-2709 |
| 519292668 | | Citibank, N.A., 2365 Northside Dr # 300, San Diego, CA 92108-2709 |
| 519292669 | | Direct Tv, c/o Receivables Performance, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 519292670 | | Dress Barn, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519292673 | | Jefferson Capital, c/o Fein, Such, Kahn & Shepard PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 519292674 | | Jefferson Capital Systems, LLC, 700 17th St Ste 1400, Denver, CO 80202-3533 |
| 519292679 | | PSEG, c/o Sunrise Credit Services, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 519292683 | + | TD BANK USA/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 519292684 | | Victoria's Secret, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 30 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 30 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519334000 | + | Email/Text: g20956@att.com | Nov 30 2021 20:31:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519292662 | | Email/Text: Bankruptcy@ICSystem.com | Nov 30 2021 20:31:00 | ATT Mobility, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519292658 | | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 21:02:33 | American Eagle PLCC, PO Box 965005, Orlando, FL 32896-5005 |
| 519309508 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 30 2021 20:30:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519292664 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 30 2021 20:52:11 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 519295729 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 21-16743-MBK    Doc 25    Filed 12/02/21    Entered 12/03/21 00:18:22    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2021 | Form ID: plncf13 | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 30 2021 20:52:18 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519311843 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 30 2021 20:52:10 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519292665 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2021 20:52:09 | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519292676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2021 20:52:19 | MACYS, PO BOX 8218, Mason, OH 45040-0000 |
| 519296815 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2021 20:52:11 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519292671 | | Email/Text: bknotice@ercbpo.com | Nov 30 2021 20:31:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519292672 | | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 20:52:09 | JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 519333603 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2021 20:31:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519292675 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 30 2021 20:30:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 519292677 | | Email/Text: bankruptcy@sccompanies.com | Nov 30 2021 20:31:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519309146 | + | Email/Text: bankruptcy@sccompanies.com | Nov 30 2021 20:31:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519292678 | | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 21:02:29 | Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519292681 | | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 20:52:12 | SYNCB/AMER EAGLE, PO Box 965005, Orlando, FL 32896-5005 |
| 519292682 | | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 21:02:33 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 519292680 | | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 21:02:37 | Sychrony Bank/JCPENNY, PO Box 965007, Orlando, FL 32896-5007 |
| 519293812 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 30 2021 20:52:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Claudia Rogers dcgoins1@gmail.com G25787@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4