| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-16743 / MBK

Claudia Rogers

Petition Filed Date: 08/24/2021
341 Hearing Date: 09/23/2021
Confirmation Date: 11/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/22/2021 | $532.00 | | 11/05/2021 | $532.00 | | 12/06/2021 | $532.00 | |
| 01/05/2022 | $532.00 | | | | | | | |

**Total Receipts for the Period: $2,128.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,128.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Claudia Rogers | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DONALD C GOINS, ESQ<br>»»  AMD DISCLOSURE 11/19/2 | Attorney Fees | $2,776.00 | $1,460.34 | $1,315.66 |
| 1 | DIRECTV, LLC | Unsecured Creditors | $435.35 | $0.00 | $435.35 |
| 2 | BANK OF AMERICA | Unsecured Creditors | $1,801.66 | $0.00 | $1,801.66 |
| 3 | MIDNIGHT VELVET | Unsecured Creditors | $232.34 | $0.00 | $232.34 |
| 4 | BANK OF AMERICA, NA<br>»»  P/8 ROLLING HILLS DR/1ST MTG | Mortgage Arrears | $59,473.71 | $0.00 | $59,473.71 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2014 CHEVROLET TRUCK EQUINOX | Debt Secured by Vehicle | $1,255.38 | $0.00 | $1,255.38 |
| 6 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  DRESS BARN | Unsecured Creditors | $399.23 | $0.00 | $399.23 |
| 7 | AT&T Mobility II LLC | Unsecured Creditors | $788.79 | $0.00 | $788.79 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  VICTORIA'S SECRET | Unsecured Creditors | $881.62 | $0.00 | $881.62 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PLATINUM MC | Unsecured Creditors | $453.51 | $0.00 | $453.51 |
| 10 | Andrews Federal Credit Union | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-16743 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,128.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $1,460.34 | Current Monthly Payment: | $532.00 |
| Paid to Trustee: | $180.35 | Arrearages: | $532.00 |
| Funds on Hand: | $487.31 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

