UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

In Re:

Claudia Rogers,

Case No.: 21-16743

Judge: MBK

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _Carrington Mortgage_, creditor,

   A hearing has been scheduled for _December 14, 2022_, at _9:00 am_.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ _4,000.00_, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
I made a payment of $4,000.00 to Carrington Mortgage on November 23, 2022 and I just made a payment of $1,275.00 to Carrington for my December 2022 payment. I should be current with my post-petition payments now.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: December 2, 2022

/s/ Claudia Rogers
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

5:29

 Main Menu

 Andrews
FEDERAL CREDIT UNION

DD DOORDASH AMYSOMELE - -...  − $53.58  $267.81

NOV 24 2022

APPLE.COM BILL - - CA Date Card  − $5.32  $321.39

NOV 23 2022

APPLE.COM BILL - - CA Date Card  − $3.19  $326.71

NOV 23 2022

TYPE MORTGAGE ID CO CARRI...  − $4,000.00  $329.90

Details

**Statement Description:**
TYPE: MORTGAGE ID: 9673545010 CO: CARRINGTON
Entry Class Code: PPDACH Trace Number: 021000021033791/Withdrawal ACH CARRINGTON

**Date:**
11/23/2022

**Type:**
Debit

NOV 23 2022

PIZZA - MOTO - BURLINGTON ...  − $35.15  $4,329.90

NOV 23 2022

WAWA WESTAMPTON NJ Date C...  − $33.96  $4,365.05

NOV 23 2022