UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Claudia Rogers,

Debtor.

Case No.:       21-16743-MBK

Chapter:              13

Hearing Date:     12/14/2022

Judge:              Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 8 Rolling Hills Drive (Docket # 29)

_____

Date: 12/13/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*