Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−16743−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Claudia Rogers
  8 Rolling Hills Drive East
  Westampton, NJ 08060

Social Security No.:
  xxx−xx−8481

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/12/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 13, 2023
JAN: dmi

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Claudia Rogers  
    Debtor

Case No. 21-16743-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jul 13, 2023      Form ID: 148      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Claudia Rogers, 8 Rolling Hills Drive East, Westampton, NJ 08060-5721 |
| 519292659 | | ANDREWS FEDERAL CREDIT, 5711 Allentown Rd Ste 400, Suitland, MD 20746-4547 |
| 519292660 | | ANDREWS FEDERAL CREDIT, 5711 Allentown Rd Ste 101, Suitland, MD 20746-4547 |
| 519292667 | + | Citibank NA, 2365 Northside Dr # 300, San Diego, CA 92108-2710 |
| 519292668 | + | Citibank, N.A., 2365 Northside Dr # 300, San Diego, CA 92108-2710 |
| 519292669 | | Direct Tv, c/o Receivables Performance, 20818 44th Ave W Ste 140, Lynnwood, WA 98036-7709 |
| 519292670 | | Dress Barn, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 519292674 | # | Jefferson Capital Systems, LLC, 700 17th St Ste 1400, Denver, CO 80202-3533 |
| 519292684 | | Victoria's Secret, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519292661 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 13 2023 20:56:00 | AT & T MOBILITY, 234 Airport Plaza Blvd Ste 4, Farmingdale, NY 11735-3938 |
| 519334000 | + | EDI: CINGMIDLAND.COM | Jul 14 2023 00:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 519292662 | | EDI: LCIICSYSTEM | Jul 14 2023 00:48:00 | ATT Mobility, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519292658 | | EDI: RMSC.COM | Jul 14 2023 00:48:00 | American Eagle PLCC, PO Box 965005, Orlando, FL 32896-5005 |
| 519349556 | + | Email/Text: bankrupt@andrewsfcu.org | Jul 13 2023 20:56:00 | Andrews Federal Credit Union, 5711 Allentown Road, Suitland, MD 20746-4547 |
| 519292663 | | EDI: BANKAMER.COM | Jul 14 2023 00:48:00 | Bank Of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519305436 | + | EDI: BANKAMER2.COM | Jul 14 2023 00:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519309508 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2023 20:56:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519292664 | | EDI: CAPONEAUTO.COM | Jul 14 2023 00:48:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2023 | Form ID: 148 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 519295729 | + | EDI: AISACG.COM | Jul 14 2023 00:48:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519311843 | + | EDI: AISACG.COM | Jul 14 2023 00:48:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519292665 | | EDI: CAPITALONE.COM | Jul 14 2023 00:48:00 | Capital One Bank, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519292666 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2023 20:56:00 | Carrington Mortage Services, PO Box 5001, Westfield, IN 46074-5001 |
| 519292676 | + | EDI: CITICORP.COM | Jul 14 2023 00:48:00 | MACYS, PO BOX 8218, Mason, OH 45040-0000 |
| 519296815 | + | EDI: AIS.COM | Jul 14 2023 00:48:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519292671 | | Email/Text: bknotice@ercbpo.com | Jul 13 2023 20:57:00 | Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 519292672 | | EDI: RMSC.COM | Jul 14 2023 00:48:00 | JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 519333603 | | EDI: JEFFERSONCAP.COM | Jul 14 2023 00:48:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 519292673 | | Email/Text: ecourts.col_efilings@fskslaw.com | Jul 13 2023 20:56:00 | Jefferson Capital, c/o Fein, Such, Kahn & Shepard PC, 7 Century Dr Ste 201, Parsippany, NJ 07054-4609 |
| 519292675 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2023 20:56:00 | KOHLS/CAPONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 519292677 | | EDI: CBS7AVE | Jul 14 2023 00:48:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519309146 | + | EDI: CBS7AVE | Jul 14 2023 00:48:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519292678 | | EDI: RMSC.COM | Jul 14 2023 00:48:00 | Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 519292679 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 13 2023 20:56:00 | PSEG, c/o Sunrise Credit Services, 260 Airport Plaza Blvd, Farmingdale, NY 11735-3946 |
| 519292681 | | EDI: RMSC.COM | Jul 14 2023 00:48:00 | SYNCB/AMER EAGLE, PO Box 965005, Orlando, FL 32896-5005 |
| 519292682 | | EDI: RMSC.COM | Jul 14 2023 00:48:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 519292680 | | EDI: RMSC.COM | Jul 14 2023 00:48:00 | Sychrony Bank/JCPENNY, PO Box 965007, Orlando, FL 32896-5007 |
| 519293812 | + | EDI: RMSC.COM | Jul 14 2023 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519292683 | + | EDI: WTRRNBANK.COM | Jul 14 2023 00:48:00 | TD BANK USA/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bank of America N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor Claudia Rogers dcgoins1@gmail.com G25787@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5